# IN THE UNITED STATES DISTRICT COURT OF INDIANA
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| A.S., individually and on behalf of all others similarly situated, ) ) ) <br> Plaintiff, ) ) ) <br> v. ) ) ) <br> ANTHEM INSURANCE COMPANIES, INC. ) ) ) <br> and ) ) ) <br> NATIONSBENEFITS, LLC, ) ) ) <br> Defendants. ) ) | Case No: 1:23-cv-00693-TWP-MG |

## PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER A PSEUDONYM

COMES NOW ("Plaintiff"), by Counsel, pursuant to Local Rule 10-1 and hereby submits her Motion for Leave to Proceed Under a Pseudonym as follows[1]:

1. Plaintiff is a natural person and a resident and citizen of the State of Indiana, Jefferson County. Her name is ███████████.

2. This is a healthcare data breach case involving the improper disclosure of Plaintiff's medical information including name, gender, Social Security Number, address, phone number, date of birth, and Health Plan Subscriber Identification Number.

---

[1] Plaintiff respectfully requests an enlargement of time to file the present motion as it was inadvertently not filed at the time Plaintiff filed her Complaint and submits that Defendant will not be prejudiced thereby as they have not yeat appeared and the case was filed not more than 10 days ago.

3. Plaintiff, already a victim of a healthcare data breach, is concerned about her privacy and security should her name be included in this action and made publicly available.

4. Healthcare information has no protection once disclosed and further disclosure and association of Plaintiff's name to the breach would make her a target to a broader community of criminals.

5. Further, the data breach involved Plaintiff's current employer and Plaintiff desires to maintain her confidentiality as the Plaintiff in this matter on that basis as well.

6. Requiring Plaintiff to publicly reveal her name under these circumstances would risk further and ongoing harm to her and further invasion of her privacy.

7. Defendants will suffer no prejudice should this motion be granted as they are health related companies and have a legal duty to maintain the privacy of their patients and customers.

WHEREFORE, Plaintiff respectfully requests that her motion be granted. A proposed order is submitted contemporaneously herewith.

This 27th day of June 2023.

Respectfully submitted,

*/s/John A. Love*
John A. Love
GA Bar. No. 459155
**LOVE CONSUMER LAW**
2500 Northwinds Parkway
Suite 330
Alpharetta, GA  30009
Tel: 404.855.3600
Fax: 404.301.2300
tlove@loveconsumerlaw.com

*/s/Maureen M. Brady*

        Maureen M. Brady     KS #22460
*(pro hac vice petition forthcoming)*
MCSHANE & BRADY, LLC
1656 Washington Street, Suite 120
Kansas City, MO 64108
Telephone:  (816) 888-8010
Facsimile:  (816) 332-6295
E-mail: mbrady@mcshanebradylaw.com

ZINNS LAW, LLC

*/s/ Sharon J. Zinns*
Sharon J. Zinns, Esq.
*(pro hac vice petition forthcoming)*
Georgia Bar No. 552920
4243 Dunwoody Club Drive, Suite 104
Atlanta, GA 30350
(404) 882-9002
Email: sharon@zinnslaw.com

**ATTORNEYS FOR PLAINTIFF**